PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

### District of Nebraska

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **James Shumaker** | ) | Case No. 8:05CR283 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, James Shumaker, have discussed with Jennifer A. Iverson, Pretrial Services Officer, modification of my release as follows:

7(k) The defendant is hereby allowed to move from the Oxford House to the home of his mother, Barbara Reddin. Ms. Reddin's address is 3927 J Street, Omaha, Nebraska.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/27/06    _____  3/27/06
Signature of Defendant      Date      Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/27/06
Signature of Defense Counsel   Date

[X]  The above modification of conditions of release is ordered, to be effective on 3/27/06.

[ ]  The above modification of conditions of release is not ordered.

_____  3/31/06
Signature of Judicial Officer   Date