IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 OCT 17 AM 9:51
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES L. SHUMAKER

Defendant.

8:05CR283

ORDER

The government has filed a Motion for Dismissal of Petition for Offender Under Supervision [62]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [62], filed herein, is dismissed, without prejudice.

2. The defendant shall continue supervised release under the same terms and conditions as previously imposed.

Dated this 17th day of October 2018.

BY THE COURT:

Laurie Smith Camp
Chief United States District Judge